# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

July 16, 2025

**VIA ECF**

Re:   Status Report – Remaining <u>Allen I</u> Related Cases

| | |
|---|---|
| Allah v. Dinello, 23-cv-3286 | Alston v. Mueller, 23-cv-3290 |
| Batista-Cruz v. Hammer, 23-cv-3315 | Bernard v. Dinello, 23-cv-3323 |
| Crichlow v. Dinello, 23-cv-3386 | Diggs v. Acrish, 23-cv-7149 |
| Dunbar v. Hammer, 23-cv-3391 | Feola v. Mueller, 23-cv-3393 |
| Frateschi v. Hammer, 23-cv-3394 | Hale v. Mueller, 23-cv-3396 |
| Jacks v. Mueller, 23-cv-3288 | Jacobs v. Mueller, 23-cv-3606 |
| Lindemann v. Sullivan, 23-cv-6028 | Locenitt v. Dinello, 23-cv-3399 |
| Lorandos v. Rosner, 23-cv-7369 | Miller v. Hammer, 23-cv-3462 |
| Oleman v. Hammer, 23-cv-3607 | Perez v. Dinello, 23-cv-3300 |
| Pine v. Silver, 23-cv-7148 | Rhodes v. Silver, 23-cv-9490 |
| Rivera v. Hammer, 23-cv-3700 | Rosado v. Mueller, 23-cv-3718 |
| VanGuilder v. Mueller, 23-cv-3398 | Wilkerson v. Hammer, 23-cv-3397 |
| Williams v. Dinello, 23-cv-3608 | Windley v. Kim, 23-cv-7151 |
| | Lindemann v Sullivan-Davachi, 24-cv-6028 |

Dear Judge Preska:

As the Court is aware, the parties in the <u>Allen I</u> related cases have been plugging away at settlements and summary judgment briefing.

As an initial matter, the parties respectfully request trial dates for the following Tranche I cases for which summary judgment motions were not filed. Unfortunately, it is very difficult for counsel to progress on settlement discussions until trial dates are looming, though as we have to date, the moment we have a case

settled, we will alert the Court to remove it from the trial calendar. The trial ready cases are:

>Frateschi v. Zaki, 23-cv-3394;
>
>Jacks v. Wright, 23-cv-3288;
>
>Jacobs v. Ashong, 23-cv-3606.

In an effort to further streamline briefing and organize it around briefing in Allen I related cases pending in the WDNY and NDNY, as well as the pending trials before this Court, the parties respectfully request some small amendments to the current deadlines and grouping of cases. To be clear, the following calendar includes all the Allen I related cases pending before this Court, except for those cases currently set for trial:

### Tranche I, Group I

1) Allah v. Dinello, et al., 23-cv-3286;
2) Bernard v. Dinello, et al., 23-cv-3323;
3) Crichlow v. Andola, et al., 23-cv-3386;
4) Dunbar v. Ashong, et al., 23-cv-3391;
5) Williams v. Karandy, 23-cv-3608.

**Opposition Papers:**   **July 28, 2025**

**Reply Papers:**   **September 10, 2025**

### Tranche I, Groups 2 & 3

1) Locenitt v. Corigliano, et al., 23-cv-3399;
2) Oleman v. Hammer, et al., 23-cv-3607;
3) Batista-Cruz v. Bentivegna, et al., 23-cv-3315;
4) VanGuilder v. Karandy, 23-cv-3398;
5) Hale v. Smith, 23-cv-3396.

**Opposition Papers:**     August 18, 2025

**Reply Papers:**     October 3, 2025

<u>Tranche I, Group 4</u>

    1) <u>Alston v. Acrish, et al.</u>, 23-cv-3290;

    2) <u>Miller v. Hammer, et al.</u>, 23-cv-3462;

    3) <u>Perez v. Salotti, et al.</u>, 23-cv-3300;

    4) <u>Rivera v. Gusman, et al.</u>, 23-cv-3700;

    5) <u>Rosado v. Lee</u>, 23-cv-3718;

    6) <u>Wilkerson v. Bentivegna, et al.</u>, 23-cv-3397.

**Opposition Papers:**     September 22, 2025

**Reply Papers:**     October 20, 2025

<u>Tranche IV, Group I</u>

    1) <u>Feola v. Gusman, et al.</u>, 23-cv-3393;

    2) <u>Lorandos v. Rosner, et al.</u>, 23-cv-7369;

    3) <u>Pine v. Silver, et al.</u>, 23-cv-7148;

    4) <u>Windley v. Kim, et al.</u>, 23-cv-7151

**Moving Papers:**     February 27, 2025

**Opposition Papers:**     April 27, 2025

**Reply Papers:**     May 15, 2025

<u>Tranche IV, Group II</u>

    1) <u>Diggs v. Acrish</u>, 23-cv-7149;

    2) <u>Rhodes v. Silver</u>, 23-cv-9490;

    3) <u>Lindemann v. Sullivan-Davachi</u>, 23-cv-6028

**Moving Papers:**     March 27, 2025

*New York Office*  
24 Fifth Avenue, Suite 1701  
New York, NY 10011

(973) 600-1724     aj@ajagnew.com

*New Jersey Office*  
36 Page Hill Road  
Far Hills, NJ 07931

**Opposition Papers:**     May 29, 2025

**Reply Papers:**          June 26, 2025

As always, we thank the Court for its continuing courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

The above briefing schedule is SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 17, 2025

New York Office
24 Fifth Avenue, Suite 1701
New York, NY 10011

(973) 600-1724

aj@ajagnew.com

New Jersey Office
36 Page Hill Road
Far Hills, NJ 07931